# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Case No. 3:23-po-73 |
| Plaintiff, | : |
| vs. | : Magistrate Judge Peter B. Silvain, Jr. |
| MAHLON N. ELLSWOOD, | : |
| Defendant. | : |

## ORDER

This case is before the Court upon Defendant Mahlon N. Ellswood's unopposed Motion to Recall Warrant. (Doc. #27). For good cause shown, Defendant's Motion to Recall Warrant (Doc. #27) is hereby **GRANTED**. Accordingly, the arrest warrant issued on or about February 14, 2024 (Doc. #21) by United States Magistrate Judge Caroline H. Gentry is **RECALLED**.

    **IT IS SO ORDERED.**

May 23, 2025

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge